UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOOMAN IMANI,<br><br>   Plaintiff,<br><br>vs.<br><br>BEHZAD IMANI; HOOZAD INC.,<br><br>   Defendants. | Case No:  C 11-0260 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 19, 2011, Plaintiff filed an application for a temporary restraining order ("TRO"), with notice to Defendants.  The Court, through its Clerk, notified the Plaintiff's counsel, and Defendant Behzad Imani ("Imani"), ostensibly the principal of Defendant Hoozad Inc., ("Hoozad"), that the parties were to meet and confer regarding the possibility of a stipulated TRO and briefing schedule.[1]  If the parties were unable to reach a stipulation, Defendants' written response to the TRO request would be due by 5:00 p.m. on January 19, 2011.  Imani represented to the Clerk and Plaintiff's counsel that he would agree to delay the sale of equity in Hoozad until at least March 1, 2011.  Imani also agreed that he would file his response to the TRO request by January 28, 2011, and that Plaintiff would file its reply on February 4, 2011.  Imani selected the March 1, 2011 date based on his claim that he would be out of the country until then.  At 11:30 p.m., however, Imani emailed the Court ex parte, stating that he would not agree with his prior stipulation.  Accordingly,

IT IS HEREBY ORDERED THAT Defendants Hoozad and Imani shall have until **2:00 p.m. on January 20, 2011**, to file their written response to Plaintiff's request for a

---

[1] Imani stated that Hoozad is represented by Gordon Ho at Cooley LLP.  As of the issuance of this Order, Mr. Ho has not returned the Court Clerk's telephone messages.

1  TRO.[2]   The Court will notify the parties whether a hearing or further briefing is required.
2  Otherwise, the Court will rule on the TRO request based on the papers submitted, pursuant
3  to Civil Local Rule 7-1(b).
4        IT IS SO ORDERED.
5  Dated: January 20, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[2] Verbal notice of this Order also was provided to the parties.