UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOOMAN DAVOODI,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEHZAD IMANI; HOOZAD INC.,<br><br>    Defendants. | Case No: C 11-0260 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED THAT Plaintiff shall file a reply in support of his motion for a temporary restraining order by no later than Noon, January 21, 2011.

IT IS SO ORDERED.

Dated: January 20, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge