UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOOMAN DAVOODI,<br><br>    Plaintiff,<br><br>vs.<br><br>BEHZAD IMANI; HOOZAD INC.,<br><br>    Defendants. | Case No: C 11-0260 SBA<br><br>**ORDER STRIKING PLAINTIFF'S REPLY BRIEF** |

On January 26, 2011, the Court granted Plaintiff's application for a temporary restraining order and issued an order to show cause why a preliminary injunction should not be issued. 1/26/11 Order at 9-10. With respect to the briefing on the preliminary injunction, the Order stated that "Plaintiff shall file his reply, *not to exceed seven (7) pages*, by no later than February 1, 2011." Id. (italics added). In direct violation of the Court's Order, Plaintiff filed a *fifteen-page* reply brief—which is more than twice as long as the seven-page limit imposed by the Court. Plaintiff neither sought nor obtained leave of Court to file an oversized brief. Accordingly,

IT IS HEREBY ORDERED THAT the document styled as Plaintiff Hooman Davoodi's Reply Memorandum in Support of Motion for Preliminary Injunction is STRICKEN (Dkt. 24) from the record. Plaintiff shall have until 1:00 p.m. on February 3, 2011, to resubmit a reply brief that comports with the Court's 1/26/11 Order. Plaintiff shall refrain from utilizing an excessive number of footnotes or a font size smaller than 12-point

1 | in an attempt to evade the page limit imposed by the Court.  Further violations of the
2 | Court's Orders may result in the imposition of sanctions.
3 |     IT IS SO ORDERED.
4 | Dated:  February 2, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge