J. Thomas Trombadore, State Bar No. 136244
Trombadore Gonden Law Group LLP
225 Bush St., Ste. 1600
San Francisco, CA 94104
Tel: (415) 439-8373
Fax: (415) 651-9489
Email: Tom@TrombadoreGondenLaw.com

Attorneys for Plaintiff and Counterclaim Defendant Hooman Davoodi

Ali Kamarei, State Bar No. 175977
Inhouse Counsel
Knight Ridder Bldg.
50 W. San Fernando St., Suite 900
San Jose, CA 95113
Tel: (408) 918-5393
Fax: (408) 918-5373
Email: AliK@InhouseCo.com

Attorneys for Defendant Dr. Behzad Imani, and
Defendant/Counterclaim Plaintiff Hoozad Inc.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOOMAN DAVOODI**,<br>    Plaintiff,<br> v.<br>**BEHZAD IMANI**; **HOOZAD INC**.; and **DOES 1-10**, inclusive,<br>    Defendants.<br>─────────────────────────<br>**HOOZAD INC.** and **BEHZAD IMANI**<br>    Counterclaim Plaintiffs,<br> v.<br>**HOOMAN DAVOODI,**<br>    Counterclaim Defendant. | CASE No.  11-CV-00260 SBA<br><br>**ORDER DISMISSING THE ACTION IN ITS ENTIRETY WITH PREJUDICE.**<br><br>Honorable Saundra Brown Armstrong |

\\\

\\\

\\\

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE            CASE No.  11-CV-00260 SBA

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** having considered the Stipulation entered April 15, 2011 by all Parties to this Action by and through their attorney of record herein dismissing this action in its entirety with prejudice with each party bearing its own attorneys' fees and costs incurred in this Action and good cause appearing:

**IT IS HEREBY ORDERED** that this Action is hereby dismissed in its entirety with prejudice, including but not limited to the entire Complaint and Counterclaim filed in this Action; each party to bear its own costs and attorneys' fees incurred in this Action. **IT IS SO ORDERED.**

DATED: April 19, 2011   By: *Saundra B Armstrong*
                            Hon. Saundra B. Armstrong, Judge

                            United States District Court, Northern District of California

**APPROVED AS TO FORM:**   **TROMBADORE GONDEN LAW GROUP LLP**

DATED: April 15, 2011   By: _____
                            J. Thomas Trombadore, Esq.

                            Attorneys for Plaintiff and Counterclaim-Defendant Hooman Davoodi

*APPROVED AS TO FORM*:   **INHOUSE COUNSEL**

DATED: April 15, 2011   By: _____
                            Ali Kamarei, Esq.

                            Attorneys for Defendants/Counterclaim-Plaintiff Hoozad Inc. and Behzad Imani